# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MARIN SCOTTY'S MARKET, INC., On Behalf of E-filing    **SUMMONS IN A CIVIL CASE**
Itself And All Others Similarly Situated,

CASE NUMBER:

V.

REDDY ICE HOLDINGS, INC., ET AL.

CV 08 1486 MMC

TO: (Name and address of defendant)

SEE ATTACHED ADDENDUM

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARIO N. ALIOTO
TRUMP, ALIOTO, TRUMP PRESCOTT, LLP
2280 UNION STREET
SAN FRANCISCO, CA 94123

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE March 17, 2008

TRACY LUCERO BUCKLEY

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## Addendum-Summons

**NAMES AND ADDRESSES OF DEFENDANTS:**

| | |
|---|---|
| **Reddy Ice Holdings, Inc.** | 8750 N. Central Expwy., Ste. 1800<br>Dallas, TX 75231 |
| **Arctic Glacier Income Fund** | 625 Henry Avenue, Winnipeg,<br>Manitoba, R3A 0V1 |
| **Arctic Glacier, Inc.** | 625 Henry Avenue, Winnipeg,<br>Manitoba, R3A 0V1 |
| **Arctic Glacier International, Inc.** | 1654 Marthaler Lane<br>West St. Paul, Minnesota 55118 |
| **Home City Ice Company** | 6045 Bridgetown Road, Cincinnati,<br>OH 45248 |