Mario N. Alioto (State Bar No. 56433)
malioto@tatp.com
Lauren C. Russell (State Bar No. 241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Attorneys for Plaintiffs Marin Scotty's
Market, Inc.*

James R. Nelson
DLA PIPER US LLP
1717 Main Street, Suite 4600
Dallas, TX 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

*Attorney for Defendant Reddy Ice Holdings,
Inc.*

Paula Render
prender@jonesday.com
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

*Attorney for Defendants Arctic Glacier
Income Fund, Arctic Glacier, Inc., & Arctic
Glacier International, Inc.*

Sanford M. Litvack
HOGAN & HARTSON
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorney for Defendant Home City Ice Co.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIN SCOTTY'S MARKET, INC., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> REDDY ICE HOLDINGS, INC.; ARCTIC GLACIER INCOME FUND; ARCTIC GLACIER, INC.; ARCTIC GLACIER INTERNATIONAL, INC.; and HOME CITY ICE COMPANY, <br><br> Defendants. | Case No. 08-CV-01486-MMC <br><br> Judge Maxine M. Chesney <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO DELAY INITIAL CASE MANAGEMENT DEADLINES** |

1    WHEREAS this Court has ordered the parties (i) to file a Joint ADR Certification with

2    Stipulation as to ADR Process or Notice of Need for ADR Phone Conference by June 6, 2008;

3    (ii) to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report

4    and file a Case Management Statement per attached Standing Order re Contents of Joint Case

5    Management Statement by June 20, 2008; and (iii) to attend an initial case management

6    conference on June 27, 2008, at 10:30 A.M.;

7    WHEREAS this case has been designated by the Judicial Panel on Multidistrict Litigation

8    (the "Panel") as one of thirty-seven related actions filed in various jurisdictions across the country

9    and alleging antitrust law violations in the sale of packaged ice;

10    WHEREAS, the Panel has determined that this case should be consolidated with the other

11    thirty-six related class actions – as well as twenty-eight additional potential tag-along class

12    actions – as MDL No. 1952 (In re Packaged Ice Antitrust Litigation) before Judge Paul D.

13    Borman in the Eastern District of Michigan;

14    WHEREAS the Panel, on June 5, 2008, entered the Transfer Order attached as Exhibit A

15    to this Stipulation, therein memorializing these facts and findings;

16    WHEREAS the parties expect that all individual cases in MDL No. 1952 will be

17    consolidated by the Panel in the very near future so that they may proceed according to a single

18    schedule; and

19    WHEREAS this Court's existing order regarding scheduling would eliminate the

20    economies of time and scale gained by having all of the cases in MDL No. 1952 handled in a

21    consolidated fashion,

22    Plaintiff and Defendants Reddy Ice Holdings, Arctic Glacier Income Fund, Arctic Glacier,

23    Inc., Arctic Glacier International Inc., Arctic Glacier California, Inc., and Home City Ice

24    Company ("Defendants") agree that delaying (or striking) the initial deadlines set by this Court

25    serves the interests of all parties and this Court.

26    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

27    the Plaintiff and the Defendants in the Action, by and through their undersigned counsel or

28    counsel acting on their behalf, that each of the deadlines mentioned in the first paragraph of this

1   Stipulation shall be extended an additional three months so that the revised deadlines for each

2   action will be no earlier than as set out below:

3

4        September 5, 2008        Deadline to file a Joint ADR Certification with
                                  Stipulation as to ADR Process or Notice of Need for
5                                 ADR Phone Conference.

6        September 19, 2008       Deadline to file a Rule 26(f) Report, complete initial
                                  disclosures or state objection in Rule 26(f) Report
7                                 and file a Case Management Statement per attached
                                  Standing Order re Contents of Joint Case
8                                 Management Statement.

9        September 26, 2008       Initial Case Management Conference at 10:30 A.M.

10  Dated: June 17, 2008

11

12                                          By: s/ Mario N. Alioto_____
                                                Mario N. Alioto
13                                              Lauren C. Russell

14                                          *Attorneys for Plaintiff Marin Scotty's
                                            Market, Inc.*

15  Dated: June 17, 2008                    JONES DAY

16

17                                          By: s/ Paula Render_____
                                                Paula Render

18                                          *Attorney for Defendants Arctic Glacier
19                                          Income Fund, Arctic Glacier, Inc., Arctic
                                            Glacier International, Inc., & Arctic Glacier
20                                          California, Inc.*

21  Dated: June 17, 2008                    DLA PIPER US LLP

22                                          By: s/ James R. Nelson_____
23                                              James R. Nelson

24                                          *Attorney for Defendant Reddy Ice Holdings,
                                            Inc.*

25

26  Dated: June 17, 2008                    HOGAN & HARTSON

27                                          By: s/ Sanford Litvack_____
28                                              Sanford Litvack

1

2

*Attorney for Defendant Home City Ice Co.*

3

4      Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of
this document has been obtained from Mario N. Alioto, Paula Render, James R. Nelson, and
Sanford Litvack.

5

6      **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

7

8

Dated: _____      _____

9                                                    Honorable Maxine M. Chesney
                                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Mario N. Alioto (State Bar No. 56433)
   malioto@tatp.com
2  Lauren C. Russell (State Bar No. 241151)
   laurenrussell@tatp.com
3  TRUMP, ALIOTO, TRUMP & PRESCOTT,
   LLP
4  2280 Union Street
   San Francisco, CA 94123
5  Telephone: (415) 563-7200
   Facsimile: (415) 346-0679
6
7  *Attorneys for Plaintiff Marin Scotty's Market,
   Inc.*

8

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11

12  MARIN SCOTTY'S MARKET, INC.,
    individually and on behalf of all others          Case No. 08-CV-01486-MMC
    similarly situated,
13
                      Plaintiff,                       Judge Maxine M. Chesney
14
         v.                                            **PROOF OF SERVICE**
15
    REDDY ICE HOLDINGS, INC.; ARCTIC
16  GLACIER INCOME FUND; ARCTIC
    GLACIER, INC.; ARCTIC GLACIER
17  INTERNATIONAL, INC.; and HOME CITY
    ICE COMPANY,
18
                      Defendants.
19

20

21

22        I, Lauren C. Russell, declare as follows:

23        I am a resident of the State of California, over the age of eighteen years, and not a party to

24  the within action. I am employed in the State of California, where the mailing occurs, and my

25  business address is TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP, 2280 Union Street, San

26  Francisco, California 94123.

27  //

28

On June 18, 2008, I served a true and correct copy of the following document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER TO DELAY INITIAL CASE MANAGEMENT DEADLINES**

by USDC Live System-Document Filing System on all interested parties registered for e-filing.

In addition, I served the above documents on the following interested parties by electronic mail:

Paula Render
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
prender@jonesday.com

*Attorney for Defendants Arctic Glacier Income Fund, Arctic Glacier, Inc., & Arctic Glacier International, Inc.*

James R. Nelson
DLA PIPER US LLP
1717 Main Street, Suite 4600
Dallas, TX 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
jr.nelson@dlapiper.com

*Attorney for Defendant Reddy Ice Holdings, Inc.*

Sanford M. Litvack
HOGAN & HARTSON
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
slitvack@hhlaw.com

*Attorney for Defendant Home City Ice Co.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 18, 2008, at San Francisco, California.

/s/ Lauren C. Russell

Lauren C. Russell

Proof of Service
08-CV-01486